STATE OF NEW JERSEY v. KELLY LEGGETT.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME JOHNSON.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS WOOTEN.

February 21, 1989.

Petition for certification denied.